FILED: June 6, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-194
(2:21-cv-00613-RMG)

_____

GARY NESTLER; VIEWED STUDENT FEMALE 200; VIEWED STUDENT MALE 300, on behalf of themselves and all others similarly situated

    Petitioners

v.

THE BISHOP OF CHARLESTON, a Corporation Sole; BISHOP ENGLAND HIGH SCHOOL; TORTFEASORS, 1 - 10; THE BISHOP OF THE DIOCESE OF CHARLESTON, in his official capacity; ROBERT GUGLIELMONE, individually

    Respondents

___

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Date Petition Filed: | 6/6/22 |
| Petitioner(s) | Gary Nestler |
| Appellate Case Number | 22-194 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |