FILED: July 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-194
(2:21-cv-00613-RMG)

_____

GARY NESTLER; VIEWED STUDENT FEMALE 200; VIEWED STUDENT MALE 300, on behalf of themselves and all others similarly situated

      Petitioners

v.

THE BISHOP OF CHARLESTON, a Corporation Sole; BISHOP ENGLAND HIGH SCHOOL; TORTFEASORS, 1 - 10; THE BISHOP OF THE DIOCESE OF CHARLESTON, in his official capacity; ROBERT GUGLIELMONE, individually

      Respondents

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Wynn with the concurrence of Judge Diaz and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk